# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL FORTE AND<br>TONI SCHACH,<br>    *Plaintiffs* | §<br>§<br>§<br>§ | |
| v. | § | CASE NO. A-19-CV-0066-SH |
| UNITED FINANCIAL CASUALTY<br>COMPANY,<br>    *Defendant* | §<br>§<br>§<br>§ | |

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice, filed on August 7, 2020. Dkt. 28. Plaintiffs and Defendant stipulate and agree that this case be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate and agree that all costs shall be assessed against the party incurring them.

Accordingly, the Court **GRANTS** the Joint Stipulation of Dismissal (Dkt. 28) and **HEREBY DIMISSES** this case with prejudice. The Court will enter a Final Judgment in a separate order.

**SIGNED** on August 11, 2020.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE