UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL FORTE AND TONI SCHACH, *Plaintiffs* | § § § § | |
| | § | CASE NO. A-19-CV-0066-SH |
| v. | § § | |
| UNITED FINANCIAL CASUALTY COMPANY, *Defendant* | § § § § | |

## FINAL JUDGMENT

On this date, the Court granted the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. 28) and dismissed Plaintiffs' lawsuit with prejudice. The parties further stipulate and agree that all costs shall be assessed against the party incurring them.

Accordingly, the Court renders this Final Judgment, pursuant to Federal Rule of Civil Procedure 58.

The Court **FURTHER ORDERS** that all court settings are cancelled, any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** on August 11, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE